UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAYLEN PEDERSON,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>                    Defendant. | No.  CV-11-3023-JPH<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION AND GRANTING<br>STIPULATED REMAND |

**BEFORE THE COURT** is the report of Magistrate Judge James Hutton (ECF No. 24) recommending the Court grant the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g)(ECF No. 23). No objections have been filed.

After reviewing the record,

**IT IS ORDERED** the report and recommendation filed March 7, 2012 (ECF No. 24) **is ADOPTED IN ITS ENTIRETY**. Judgment shall be entered for **PLAINTIFF**. The case is remanded for further administrative proceedings.

The District Court Executive is directed to enter this Order, forward copies to the parties, enter judgment for the **PLAINTIFF** and close the file.

**DATED** this 22nd day of March, 2012.

                              *s/Lonny R. Suko*
                              _____
                              LONNY R. SUKO
                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING STIPULATED REMAND - 1