# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

KAYLEN PEDERSON, )
)
          Plaintiff, )
)                    NO.  CV-11-3023-JPH
     vs. )
)                    **JUDGMENT IN A**
MICHAEL J. ASTRUE, )                    **CIVIL CASE**
Commissioner of Social Security, )
)
          Defendant. )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 22nd day of March, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


by:   __s/Pamela A. Howard____
                    Deputy Clerk

cc: all counsel