UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KAYLEN PEDERSON, | ) | NO. CV-11-3023-JPH |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING REPORT |
| | ) | AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on June 29, 2012 **(ECF No. 32),** recommending Plaintiff's motion for attorney fees pursuant to the EAJA (ECF No. 27) be **granted**. Defendant does not object, ECF No. 31.

Having reviewed the report and recommendation, the Court adopts the magistrate judge's recommendations in their entirety.

**IT IS ORDERED**

The Report and Recommendation, **ECF No. 32,** to grant Plaintiff's motion for attorney fees pursuant to 28 U.S.C. § 2412(d) (ECF No. 27) is **ADOPTED in its entirety**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 12th day of July, 2012.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT COURT

-1-